438 A.2d 638

Lewis v. Lander's Service, Inc., Appellant v. Leonard.

Argued November 12, 1980. James P. McKenna, for appellant; John E. Evans, Jr., for appellees.

570

Before HESTER, BROSKY and VAN der VOORT, JJ.
Judgment affirmed.